# HOUSLANGER & ASSOCIATES, PLLC

TODD E. HOUSLANGER*
WILLIAM HOUSLANGER (1919-2013)

OF COUNSEL:
PAUL J. HOOTEN
DAVID M. KAUFMAN

*ADMITTED NY, DC & CT

ATTORNEYS AT LAW
372 NEW YORK AVENUE
HUNTINGTON, NEW YORK 11743
TELEPHONE: 631-427-1140
FACSIMILE: 631-427-1143

NEW JERSEY OFFICE
330 CHANGEBRIGE RD, STE 101
PINE BROOK, NEW JERSEY 07058
(800) 431-1140

E-MAIL: INFO@TODDLAW.COM
WEBSITE: WWW.TODDLAW.COM
NYC DCA LICENSE: 2033286-DCA

March 31, 2022

**Via ECF**

Magistrate Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: *Marilyn Sanders v. Houslanger & Associates, PLLC, et.al.*
       Civil Action No.: 21-CV-04247

Honorable Madam:

  We are writing on behalf of the Defendants, Houslanger & Associates, PLLC and Todd E. Houslanger (or collectively the "Houslanger Defendants") in the above-referenced lawsuit to respectfully request an enlargement of time to respond to Plaintiff's Complaint up to and including April 20, 2022.

  Two requests for an enlargement of time to respond was previously made by the Houslanger Defendants upon consent, which was granted by your Honor, the last being on March 11, 2022, which extended the time to April 6, 2022.

  As contemplated in the prior requests, the parties have met, conferred and discussed options toward resolution. The last meeting and conference attended by the parties took place on March 30, 2022. The Plaintiff has requested the weekend to consider the settlement offer tendered. This would not leave sufficient time for the Houslanger Defendants to sufficiently respond to the Complaint by April 6, 2022 (2 days later). Therefore, the Plaintiff consents to an additional extension of the Houslanger Defendants' time to respond to the Complaint to April 20, 2022.

  We thank the Court for its consideration in this matter.

          Very truly yours,

          HOUSLANGER & ASSOCIATES, PLLC

          Todd E. Houslanger, Esq.

TEH:stw

cc: Gina M. Calabrese, Esq., for the Plaintiff *(By ECF)*