Application Granted
SO ORDERED
Brooklyn, New York
Dated: 6/15/2022

/s/ Eric N. Vitaliano

Eric N. Vitaliano
United States District Judge

*The Clerk is directed to close this case.*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

**MARILYN SANDERS,**

                Plaintiff,

-against-

**HOUSLANGER & ASSOCIATES, PLLC;**
**TODD E. HOUSLANGER; CDR EQUITIES, LLC**

                Defendant(s).

---

**STIPULATION OF VOLUNTARY DISMISSAL**

21-CV-4247 (ENV:LB)

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Marilyn Sanders, and Defendant Houslanger & Associates, PLLC and Defendant Todd E. Houslanger and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant Houslanger & Associates, PLLC and Defendant Todd E. Houslanger pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and that this Court retains jurisdiction to enforce the terms of the Settlement Agreement and Release between these parties. An executed faxed or scanned copy of this Stipulation shall have the same force and effect as a signed original.

Dated: June 13, 2022

ST. VINCENT DePAUL LEGAL
PROGRAM, INC.

By _____
Gina M. Calabrese
St. John's University School of Law
Consumer Justice for the Elderly: Litigation Clinic
8000 Utopia Parkway, Room 2-26
Jamaica, New York 11439
(718) 990-6689
Attorneys for Plaintiff, Marilyn Sanders

Dated: June 13, 2022

HOUSLANGER & ASSOCIATES, PLLC

By _____
Todd E. Houslanger
372 New York Avenue
Huntington, NY 11743
(631) 427-1140
Attorneys for Defendants Houslanger &
Associates, PLLC; Todd Houslanger